AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

**ATTACHMENT TO SUMMONS**

U.S. Immigration and Customs Enforcement,
Office of the Principal Legal Advisor,
500 12th St. SW,
Mail Stop 5900,
Washington, DC 20536-5900.
*OPLAServiceIntake@ice.dhs.gov*


Office of Chief Counsel,
U.S. Customs and Border Protection,
1300 Pennsylvania Avenue,
Suite 4.4-B, Washington, DC 20229.
*CBP-Service-Intake@cbp.dhs.gov*


Office of the General Counsel
United States Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Mail Stop 0485,
Washington, DC 20528-0485
*ogc@hq.dhs.gov*