VASUDHA TALLA (SBN 316219)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Phone: (415) 621-2493 ext. 308
Facsimile: (415) 255-8437
vtalla@aclunc.org

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; MIJENTE SUPPORT COMMITTEE; JUST FUTURES LAW; and IMMIGRANT DEFENSE PROJECT,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br>*Defendants.* | Case No. 3:21-cv-02632<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

Under Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 13, 2021

Respectfully Submitted,

 /s/ Vasudha Talla

VASUDHA TALLA (SBN 316219)
AMERICA CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Phone: (415) 621-2493
Facsimile: (415) 255-8437
vtalla@aclunc.org

*Attorney for Plaintiffs*