AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; MIJENTE SUPPORT COMMITTEE; JUST FUTURES LAW; and IMMIGRANT DEFENSE PROJECT<br>*Plaintiff(s)*<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; and U.S. DEPARTMENT OF HOMELAND SECURITY<br>*Defendant(s)* | Civil Action No. 4:21-cv-02632 DMR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment to Summons.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vasudha Talla (SBN#316219)
American Civil Liberties Union Foundation of Northern California
39 Drumm Street, San Francisco, CA 94111
vtalla@aclunc.org
Tel: 415-293-6308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Susan Y. Soong*

Date:   04/14/2021

*Signature of Clerk or Deputy Clerk*

## ATTACHMENT TO SUMMONS

U.S. Immigration and Customs Enforcement,
Office of the Principal Legal Advisor,
500 12th St. SW,
Mail Stop 5900,
Washington, DC 20536-5900.
*OPLAServiceIntake@ice.dhs.gov*


Office of Chief Counsel,
U.S. Customs and Border Protection,
1300 Pennsylvania Avenue,
Suite 4.4-B, Washington, DC 20229.
*CBP-Service-Intake@cbp.dhs.gov*


Office of the General Counsel
United States Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Mail Stop 0485,
Washington, DC 20528-0485
*ogc@hq.dhs.gov*