VASUDHA TALLA (SBN 316219)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Phone: (415) 621-2493 ext. 308
Facsimile: (415) 255-8437
vtalla@aclunc.org

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; MIJENTE SUPPORT COMMITTEE; JUST FUTURES LAW; and IMMIGRANT DEFENSE PROJECT,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants.* | Case No. 4:21-cv-02632-DMR<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY SUMMONS RETURNED EXECUTED** |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-02632-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, and U.S. Department of Homeland Security

was received by me on *(date)* 04/14/2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On April 16, 2021, I served the documents listed in Attachment A upon Defendant U.S. Department of Homeland Security by causing true and correct copies to be delivered via U.S. Postal Service certified mail return receipt requested in sealed envelopes with all fees prepaid to Office of the General Counsel, United States Department of Homeland Security, 2707 Martin Luther King Jr. Ave, S.E., Mail Stop 0485, Washington, D.C. 20528-0485, per Fed. R. Civ . P . 4(i).

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/20/2021

*Server's signature*

Vasudha Talla, Esq.
*Printed name and title*

39 Drumm Street, San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc:
On April 20, 2021, I served the documents listed in in Attachment A upon Defendant U.S. Department of Homeland Security by attaching them to an e-mail that I sent to ogc@hq.dhs.gov, per 6 C.F.R. § 5.42(a).

ATTACHMENT A

1) Summons in a Civil Action

2) Complaint for Declaratory and Injunctive Relief

3) Civil Cover Sheet

4) Proposed Summons

5) Certification of Interested Entities or Persons

6) Notice of Assignment - Magistrate Judge Donna M. Ryu.

7) Order Setting Initial Case Management Conference and ADR Deadlines

8) ECF Registration Information for the Northern District of California

9) Standing Order for All Judges of the Northern District of California

10) Standing Order for Magistrate Judge Donna M. Ryu

11) Notice of Assignment of Case to a United States Magistrate Judge for Trial

12) Consent or Declination to Magistrate Judge Jurisdiction Form