# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Civil Liberties Union of Northern California, et al., <br> Plaintiff(s) <br><br> v. <br><br> U.S. Immigration and Customs Enforcement, et al., <br> Defendant(s) | Case No. C 3:21-02632-DMR <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

   (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

   (2) Discussed the available dispute resolution options provided by the Court and private entities; and

   (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: _____  Signed: **Abdi Soltani** _____
Digitally signed by Abdi Soltani
DN: cn=Abdi Soltani, o=ACLU NorCal, ou=ADMIN, email=asoltani@aclunc.org, c=US
Date: 2021.06.29 16:24:45 -07'00'
Party

Date: June 30, 2021  Signed: /s/ Vasudha Talla _____
Attorney
ACLU of Northern California Foundation

E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 11-2016