# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Civil Liberties Union of Northern California, et al.,<br>Plaintiff(s)<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, et al.,<br>Defendant(s) | Case No. C 3:21-02632-DMR<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:   06/28/2021     Signed: _____   Mijente Support Committee
                                 Party

Date:   06/28/2021     Signed: _____
                                 Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*