```
 1  STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
 2  MICHELLE LO (NYBN 4325163)
    Chief, Civil Division
 3  SAVITH IYENGAR (CABN 268342)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, CA 94102-3495
        Telephone: (415) 436-7200
 6      FAX: (415) 436-6748
        savith.iyengar@usdoj.gov
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, *et al.*, | ) No. 4:21-cv-02632-DMR |
|---|---|
| Plaintiffs, | ) **DECLARATION OF SAVITH IYENGAR** |
| v. | ) |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | ) |
| Defendants. | ) |

I, Savith Iyengar, declare as follows:

1. I am an Assistant United States Attorney and represent defendants U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP"), and U.S. Department of Homeland Security ("DHS") in the above-captioned matter. I am a member in good standing of the State Bar of California and the bar of this Court. I make this declaration in support of the parties' Stipulation to Continue Further Case Management Conference and Proposed Order ("Stipulation and Proposed Order"), filed concurrently herewith. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2. I met and conferred with counsel for plaintiffs American Civil Liberties Union of Northern California, Mijente Support Committee, Just Futures Law, and Immigrant Defense Project ("Plaintiffs") regarding the time modification contained in the parties' Stipulation and Proposed Order

by email on September 21, 2021. On September 21, 2021, I sent Plaintiffs' counsel the Stipulation and Proposed Order and Plaintiffs' counsel gave me her permission to file it.

3. The instant stipulation would continue the parties' further case management conference ("CMC") and permit the parties to continue to meet and confer regarding at least two outstanding issues before the parties' further CMC, in an effort to narrow the issues before presenting them to the Court. The parties have not sought prior time modifications in this case.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 22nd day of September, 2021, in San Francisco, California.

DATED: September 22, 2021      /s/ Savith Iyengar
                               SAVITH IYENGAR
                               Assistant United States Attorney

DECLARATION OF SAVITH IYENGAR
4:21-CV-02632-DMR                                    2