STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No. 4:21-cv-02632-DMR<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)** |

    Plaintiffs American Civil Liberties Union of Northern California, Mijente Support Committee, Just Futures Law, and Immigrant Defense Project ("Plaintiffs") and defendants U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP"), and U.S. Department of Homeland Security ("DHS") ("Defendants"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' further case management conference ("CMC") set for September 29, 2021 at 1:30 p.m. by two (2) weeks, until **October 13, 2021 at 1:30 p.m.**, with the parties' updated joint CMC statement due by October 6, 2021.  This stipulation is based on the following facts:

    1.    This action, filed on April 13, 2021 under the Freedom of Information Act ("FOIA"), concerns one FOIA request Plaintiffs directed to Defendants, dated July 6, 2020.  ECF No. 1 at 20-23. As the parties previously reported to the Court, since the filing of the lawsuit, Defendants have answered

1  the complaint, the parties have met and conferred regarding the FOIA request and the collection and
2  processing of records, including by telephone and email, and Defendants have been working to respond
3  to the Request.  *See* ECF No. 27.

4      2.    The parties have met and conferred productively regarding several issues, and would like
5  to continue to meet and confer regarding at least two outstanding issues before the parties' further CMC
6  in an effort to narrow the issues before presenting them to the Court.  Accordingly, the parties stipulate
7  and respectfully request that the Court continue the parties' further CMC by two (2) weeks, from
8  September 29, 2021 until October 13, 2021, so the parties can continue this process.  The parties
9  respectfully submit that this is the most efficient manner to proceed and will conserve the parties' and
10 Court's resources.

11     SO STIPULATED.

    Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

Dated: September 22, 2021    By:    */s/ Savith Iyengar*
    SAVITH IYENGAR
    Assistant United States Attorney
    Attorney for Defendant

Dated: September 22, 2021    By:    **/s/ *Vasudha Talla*
    VASUDHA TALLA
    American Civil Liberties Union Foundation of
        Northern California
    39 Drumm Street
    San Francisco, CA 94111
    Telephone: 415-621-2493
    vtalla@aclunc.org
    Attorneys for Plaintiff

    ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document
       has obtained approval from this signatory.

**ORDER (AS MODIFIED)**

IT IS HEREBY ORDERED that the further Case Management Conference currently set for September 29, 2021 at 1:30 p.m. is continued to October 20, 2021 at 1:30 p.m. by Zoom video conference. The parties shall submit an updated joint case management conference statement by October 13, 2021.

IT IS SO ORDERED AS MODIFIED.

Dated: September 23, 2021



_____
DONNA M. RYU
United States Magistrate Judge