# **EXHIBIT A**

*Office of Information Governance and Privacy*

**U.S. Department of Homeland Security**
500 12th St., SW
Washington, D.C. 20536



**U.S. Immigration
and Customs
Enforcement**

October 1, 2019

Neel Chatterjee
Goodwin Procter
601 Marshall Street
Redwood City, CA 94063

RE:   **ACLU Northern California v. DHS et al., (3:18-cv-04105)
      ICE FOIA Case Number 2018-ICLI-00045
      Tenth Interim Response**

Dear Mr. Chatterjee:

This is the Tenth interim response to your client's Freedom of Information Act (FOIA) requests
to U.S. Immigration and Customs Enforcement (ICE), dated December 18, 2017 and April 6,
2018. Your clients are seeking the following records pertaining to:

1. Blanket Purchase Agreement ("BPA") HSCEDM-12-A-00002 for transportation
   services provided by G4S in the San Francisco AOR and any addenda, attachments,
   and/or task orders thereunder.
2. Contract(s) by and between ICE and contractors relating to the transportation of
   individuals to and from the Contra Costa West County Detention Facility in
   Richmond, California, during the period of January 1, 2017 to the present.
3. Contract(s) by and between ICE and contractors relating to the transportation of
   individuals to and from the Mesa Verde Detention Facility in Bakersfield, California,
   during the period of January 1, 2017 to the present.
4. Records relating to contracts by and between the U.S. Immigration and Customs
   Enforcement ("ICE") and G4S Secure Solutions, Inc. ("G4S") for the transportation
   of individuals within the ICE San Francisco Area of Responsibility ("AOR").

ICE has considered your request under the FOIA, 5 U.S.C. § 552.

A search of the Office of Enforcement and Removal Operations (ERO), located records that
were potentially responsive to your request. For this production ICE reviewed 504 pages of
potentially responsive records.  ICE has determined that the attached 504 responsive pages of
records have been Bates numbered 2018-ICLI-00045 4049 through 2018-ICLI-00045 4552.

Portions of these documents have been withheld pursuant to Exemptions of the FOIA as
described below.

Page 2 of 2

ICE has applied FOIA Exemptions (b)(6) and (b)(7)(C) to portions of the pages produced as described below.

**FOIA Exemption 6** exempts from disclosure information in personnel or medical files and similar files the release of which would cause a clearly unwarranted invasion of personal privacy. This requires a balancing of the public's right to disclosure against the individual's right to privacy. The privacy interests of the individuals in the records you have requested outweigh any minimal public interest in disclosure of the information. Any private interest you may have in that information does not factor into the aforementioned balancing test.

**FOIA Exemption 7(C)** protects records or information compiled for law enforcement purposes when production of such could reasonably be expected to constitute an unwarranted invasion of personal privacy. This exemption takes particular note of the strong interests of individuals, whether they are suspects, witnesses, or investigators, in not being unwarrantably associated with alleged criminal activity. That interest extends to persons who are not only the subjects of the investigation, but those who may have their privacy invaded by having their identities and information about them revealed in connection with an investigation. Based upon the traditional recognition of strong privacy interests in law enforcement records, categorical withholding of information that identifies third parties in law enforcement records is ordinarily appropriate.

If you have any questions about this letter, please contact Trial Attorney Ken Brakebill at 415-436-7167 or kenneth.brakebill@usdoj.gov

Sincerely,

*Dexter C. Johnson/for*

Catrina M. Pavlik-Keenan
FOIA Officer

Enclosure(s):  504 pages