# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CONFERENCE MINUTE ORDER

| **Date:** 10/20/21 | **Time:** 2:19-2:54 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 4:21-cv-02632-DMR | **Case Name:** American Civil Liberties Union of Northern California, et al v. U.S. Immigration and Customs Enforcement, et al | |

**For Plaintiffs:**  Vasudha Talla

**For Defendants:**  Savith Iyengar

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:**  2:19-2:54

## PROCEEDINGS HELD BY ZOOM VIDEO CONFERENCE

Further Case Management Conference held.

Going forward, DHS must review at least 1000 pages per month.  DHS must file a sworn declaration from a person of appropriate authority and upon personal knowledge.  The declaration shall provide (1) a detailed description of the process used by DHS to determine and withhold only true duplicates; (2) a detailed description of the quality control measures employed to ensure that only true duplicates are being withheld; and (3) a statement under penalty of perjury that, upon reasonable investigation, the declarant certifies that only true duplicates were withheld from the production at issue.   A new declaration must be filed within 7 days of each production.  These subsequent declarations do not have to repeat subjects (1) and (2) above unless the content would be different from the original declaration.

The next joint case management statement, due 12/8/2021, shall include a full update on the final page count from CBP and whether CBP was able to employ automated "de-duping" and if so, how it is done.  The 12/8/2021 CMC statement shall also include the results of the parties' meet and confer efforts regarding prioritization of CBP documents as well as review rate.

**COURT SET THE FOLLOWING DATES:**

   Further Case Management Conference:  12/15/2021 at 10:00 a.m. by Zoom video conference
   Updated Joint Case Management Conference Statement due by:  12/8/2021

**ORDER TO BE PREPARED BY:**
      [ ] **Plaintiff**     [ ] **Defendant**     [ ] **Court**

cc:      Chambers