UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | No. 4:21-cv-02632-DMR<br><br>**DECLARATION OF ICE DEPUTY FOIA OFFICER LYNNEA SCHURKAMP REGARDING ICE'S PROCESS FOR MARKING DUPLICATES** |

I, Lynnea Schurkamp, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

**I.     INTRODUCTION**

1.     I am the Deputy FOIA Officer of the Freedom of Information Act Office (the "ICE FOIA Office") at U.S. Immigration and Customs Enforcement ("ICE"). The ICE FOIA Office is responsible for processing and responding to all Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a, requests received at ICE. I have held this position since August 1, 2021. I am the ICE official responsible for supervising ICE responses to requests for records in litigation as well as incoming FOIA requests to ICE under the FOIA, 5 U.S.C. § 552, the Privacy Act, 5 U.S.C. § 552a (the "Privacy Act") and other applicable records access statutes and regulations. Prior to this position, I was the Assistant Disclosure Officer of the ICE FOIA Office from July 21, 2019 to July 31, 2021. Prior to that I was the FOIA Program Manager/Litigation Coordinator for the National Organic Program in the

1. Agricultural Marketing Service, U.S. Department of Agriculture ("USDA") for one year.

2. My official duties and responsibilities include the oversight and supervision of the ICE FOIA Litigation and Intake Teams. The Intake Team is responsible for acknowledging the receipt of all FOIA and Privacy Act requests at ICE (5 U.S.C. § 552 and 5 U.S.C. § 552a). This team also conducts searches for responsive records. The Litigation Team is responsible for picking up the case when a complaint is filed and seeing it through to completion. Depending on what is alleged in the complaint, the Litigation Team will conduct a search, gather responsive records, go through the records for responsiveness, process productions, and release records with applicable withholdings to the plaintiff or plaintiff's counsel. I manage and supervise the supervisors of the Intake and Litigation Teams. These teams are comprised of FOIA Assistants and Paralegal Specialists. Due to my experience and the nature of my official duties, I am familiar with ICE's procedures for responding to requests for information pursuant to provisions of the FOIA and the Privacy Act.

3. I submit this declaration in response to this Court's Amended Civil Conference Minute Order, dated October 20, 2021. ECF No. 33.

4. I make this declaration in my official capacity based on my personal knowledge, my review of records kept by ICE in the ordinary course of business, and information provided to me by other ICE employees in the course of my official duties.

**II.    CURRENT PROCESS FOR MARKING RECORDS AS DUPLICATES**

5. Currently, one ICE FOIA Paralegal Specialist ("Processor") is assigned to process and review the records in this case. The ICE FOIA Office uses FOIAXpress, a FOIA processing software for reviewing and processing records. The Processor will conduct their review ("First Line Review"), and upon completing the First Line Review, the records are reviewed by the agency attorney assigned to represent the agency in this instant FOIA litigation. Once counsel has completed his review ("Second Line Review"), the Deputy FOIA Officer will conduct a third line review of the records ("Final Review"). Only then will the records be pulled from FOIAxpress to be produced.

6. When conducting the First Line Review, the Processor will compare, side-by-side, records the Processor believes to be duplicates. A duplicate record in this case is a record that is identical to another record within the same batch of records the Processor is reviewing.

7. For this case, the Processor will only be marking pages as duplicates that are identical to pages in the current batch of records that the Processor is reviewing. Once a record is determined to be identical, the Processor will flag that record in FOIAxpress as a duplicate. These duplicated pages are then reviewed during the Second Line Review and the Final Review using the same approach as the Processor, i.e., comparing, side-by-side, the records believed to be duplicates. If the records are determined not to be a duplicate at any time during this process, the duplicate flag will be removed, and the pages will be processed and produced.

**III.  PROCESSING OF THE NOVEMBER PRODUCTION**

8. ICE has followed the procedures identified above with respect to the records that were processed in connection with ICE's production on November 15, 2021. In addition, only true duplicates, as defined above, were identified and marked with respect to the previous productions ICE has made in this case. Based upon my personal knowledge and the information being provided to me by those that I supervise, and upon reasonable investigation, I certify that only true duplicates were withheld from ICE's production on November 15, 2021 and its previous productions in this case.

**IV.  JURAT CLAUSE**

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Signed this 16th day of November, 2021.

_____
Lynnea Schurkamp, Deputy FOIA Officer
Freedom of Information Act Office
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
500 12th Street, S.W., Stop 5009
Washington, DC 20536-5009