# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL CONFERENCE MINUTE ORDER

| | | |
|---|---|---|
| **Date:** 12/15/2021 | **Time:** 10:01-10:15 | **Judge:** DONNA M. RYU |
| **Case No.:** 4:21-cv-02632-DMR | **Case Name:** American Civil Liberties Union of Northern California, et al v. U.S. Immigration and Customs Enforcement, et al | |

**For Plaintiff:**
Vasudha Talla

**For Defendant:**
Savith Iyengar

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 10:01-10:15

## PROCEEDINGS HELD BY ZOOM VIDEO CONFERENCE

Further Case Management Conference held.

The parties shall meet and confer immediately to discuss the CBP production.  The meet and confer process must include a CBP representative(s) who is able to speak with knowledge and authority on how the Clearwell system works, the technical problems that have recently arisen, and the specific issues involved in the CBP review and production of documents in this case.

**COURT SET THE FOLLOWING DATES:**

   Further Case Management Conference:  **1/19/2022 at 1:30 p.m.** by Zoom videoconference
   Updated Joint Case Management Conference Statement due by:  **1/12/2022**

**ORDER TO BE PREPARED BY:**
        [ ] **Plaintiff**    [ ] **Defendant**    [ ] **Court**

cc:      Chambers