STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No. 4:21-cv-02632-DMR<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)** |

Plaintiffs American Civil Liberties Union of Northern California, Mijente Support Committee, Just Futures Law, and Immigrant Defense Project ("Plaintiffs") and defendants U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP"), and U.S. Department of Homeland Security ("DHS") ("Defendants"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' further case management conference ("CMC") set for May 4, 2022 at 1:30 p.m., ECF No. 42, by six (6) weeks, until **June 15, 2022 at 1:30 p.m.**, with the parties' updated joint CMC statement due by June 8, 2022. This stipulation is based on the following facts:

    1.    This action, filed on April 13, 2021 under the Freedom of Information Act ("FOIA"), concerns one FOIA request Plaintiffs directed to Defendants, dated July 6, 2020. ECF No. 1 at 20-23. As the parties previously reported to the Court, since the filing of the lawsuit, Defendants have answered

1. the complaint, the parties have met and conferred regarding the FOIA request and the collection and processing of records, including by telephone and email, and Defendants have been working to respond to the Request.  *See* ECF Nos. 27, 35, 38, 41.

2. Defendants have continued working to respond to the Request and the parties have continued meeting and conferring productively.  ICE continues to process at least 1,000 pages of potentially responsive records per month and file declarations regarding its process for determining duplicates that complies with the requirements of the Court's amended civil conference minute order. *See* ECF No. 33; *see also* ECF No. 41.  Defendants also continue to review and release, on an ongoing basis, the pages referred to or sent for consultation to DHS by other agencies.  Finally, CBP continues to process non-email documents from the first tranche (program office documents) at a rate of 750 pages per month, in accordance with the parties' agreement and this Court's civil conference minute order. *See* ECF Nos. 41, 42.

3. The parties believe that additional time to complete this process and have further discussions, including about reducing the number of potentially responsive pages to be processed, would be helpful before presenting any remaining issues to the Court.  Accordingly, the parties stipulate and respectfully request that the Court continue the parties' further CMC by six (6) weeks, from May 4, 2022 until June 15, 2022, so the parties can continue this process.  The parties respectfully submit that this is the most efficient manner to proceed and will conserve the parties' and Court's resources.

    SO STIPULATED.

///

///

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | STEPHANIE M. HINDS<br>United States Attorney |
| Dated: April 27, 2022 | | By: | /s/ Savith Iyengar<br>SAVITH IYENGAR<br>Assistant United States Attorney<br>Attorney for Defendant |
| Dated: April 27, 2022 | | By: | **/s/ Vasudha Talla<br>VASUDHA TALLA<br>American Civil Liberties Union Foundation of<br>   Northern California<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: 415-621-2493<br>vtalla@aclunc.org<br>Attorneys for Plaintiff |
| | | | ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory. |

**ORDER (AS MODIFIED)**

IT IS HEREBY ORDERED that the further Case Management Conference currently set for May 4, 2022 at 1:30 p.m. is continued until June 29, 2022 at 1:30 p.m. in Oakland, by Videoconference only. The parties shall submit a joint case management conference statement by June 22, 2022.

Dated:  April 27, 2022

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

_____
DONNA M. RYU
United States Magistrate Judge