```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No. 4:21-cv-02632-DMR<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER** |

Plaintiffs American Civil Liberties Union of Northern California, Mijente Support Committee, Just Futures Law, and Immigrant Defense Project ("Plaintiffs") and defendants U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP"), and U.S. Department of Homeland Security ("DHS") ("Defendants"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' further case management conference ("CMC") set for March 29, 2023 at 1:30 p.m., ECF No. 63, by three (3) weeks, until **April 19, 2023 at 1:30 p.m.**, with the parties' updated joint CMC statement due by April 12, 2023.  This stipulation is based on the following facts:

1. This action, filed on April 13, 2021 under the Freedom of Information Act ("FOIA"), concerns one FOIA request Plaintiffs directed to Defendants, dated July 6, 2020.  ECF No. 1 at 20-23.  As the parties previously reported to the Court, since the filing of the lawsuit, Defendants have answered

1. the complaint, the parties have met and conferred regarding the FOIA request and the collection and processing of records, including by telephone and email, and Defendants have been working to respond to the Request. *See, e.g.*, ECF Nos. 27, 35, 38, 41, 46, 62.

2. At the parties' last case management conference on November 2, 2022, the "[p]arties reported that [the] DHS production is complete," and that ICE would "process [ ] approximately 350 newly located documents by 11/10/2022" and "complete its collection of additional logs by 11/30/2022." ECF No. 63.  The parties agreed that they would "meet and confer to agree on an expedited processing schedule for the additional [ICE] logs." *Id.*  With respect to CBP, the parties agreed to "meet on 11/8/2022 to engage in a cooperative iterative process with knowledgeable individual(s) from CBP in order to determine the most effective search terms to appropriately narrow the second tranche of documents." *Id.*

3. On November 3 and December 2, 2022, ICE made supplemental production of records to Plaintiffs.  The parties also met and conferred cooperatively with respect to the second tranche of CBP documents, which the parties were able to narrow to approximately 3,702 pages.  CBP notified Plaintiffs that it completed its processing of these pages on March 16, 2023.

4. The parties believe that additional time for further discussions would be helpful before presenting any remaining issues to the Court.  Accordingly, the parties stipulate and respectfully request that the Court continue the parties' further CMC by three (3) weeks, from March 29, 2022 until April 19, 2023, so the parties can continue this process.  The parties respectfully submit that this is the most efficient manner to proceed and will conserve the parties' and Court's resources.

SO STIPULATED.

///
///

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | STEPHANIE M. HINDS<br>United States Attorney |
| Dated: March 21, 2023 | | By: | */s/ Savith Iyengar*<br>SAVITH IYENGAR<br>Assistant United States Attorney<br>Attorney for Defendant |
| Dated: March 21, 2023 | | By: | ***/s/ Sana Singh*<br>SANA SINGH<br>American Civil Liberties Union Foundation of<br>    Northern California<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: 415-621-2493<br>ssingh@aclunc.org<br>Attorneys for Plaintiff |

** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document has obtained approval from this signatory.

**ORDER**

IT IS HEREBY ORDERED that the further Case Management Conference currently set for March 29, 2023 at 1:30 p.m. is continued until April 19, 2023 at 1:30 p.m. in Oakland, by Videoconference only. The parties shall submit a joint case management conference statement by April 12, 2023.

Dated: March 23, 2023

_____
DONNA M. RYU
United States Chief Magistrate Judge