```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>  Defendants. | No. 4:21-cv-02632-DMR<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)** |

Plaintiffs American Civil Liberties Union of Northern California, Mijente Support Committee, Just Futures Law, and Immigrant Defense Project ("Plaintiffs") and defendants U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP"), and U.S. Department of Homeland Security ("DHS") ("Defendants"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' further case management conference ("CMC") set for June 21, 2023 at 1:30 p.m., ECF No. 67, by six (6) weeks, until **August 2, 2023 at 1:30 p.m.**, with the parties' updated joint CMC statement due by July 26, 2023. This stipulation is based on the following facts:

   1.   This action, filed on April 13, 2021 under the Freedom of Information Act ("FOIA"), concerns one FOIA request Plaintiffs directed to Defendants, dated July 6, 2020. ECF No. 1 at 20-23. As the parties previously reported to the Court, since the filing of the lawsuit, Defendants answered the

1. complaint, the parties met and conferred regarding the FOIA request and the collection and processing of records, including by telephone and email, and Defendants worked to respond to the Request. *See, e.g.*, ECF Nos. 27, 35, 38, 41, 46, 62.

2. At the parties' last CMC on April 19, 2023, the parties reported that that they had "agreed that ICE will make a final production of documents by April 2023, which will fully resolve the case on the merits. The parties agreed to meet and confer on the remaining issue of attorneys' fees and costs." ECF No. 67. The Court set a further CMC for June 21, 2023, with the parties' updated joint CMC statement due by June 14, 2023.

3. Since the date of the parties' last CMC, ICE made its final production and the case has thereby been fully resolved on the merits. The parties have been meeting and conferring regarding the remaining issue of attorneys' fees and costs, and seek additional time for further discussions before either presenting any remaining issues to the Court or stipulating to dismissal of this action in its entirety with prejudice. Accordingly, the parties stipulate and respectfully request that the Court continue the parties' CMC by six (6) weeks, from June 21, 2023 until August 2, 2023, so the parties can continue this process. The parties respectfully submit that this is the most efficient manner to proceed and will conserve the parties' and Court's resources.

SO STIPULATED.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

Dated: June 13, 2023        By:    */s/ Savith Iyengar*
                                   SAVITH IYENGAR
                                   Assistant United States Attorney
                                   Attorney for Defendant

Dated: June 13, 2023        By:    **/s/ *Sana Singh*
                                   SANA SINGH
                                   American Civil Liberties Union Foundation of
                                       Northern California
                                   39 Drumm Street
                                   San Francisco, CA 94111
                                   Telephone: 415-621-2493
                                   ssingh@aclunc.org
                                   Attorneys for Plaintiff

** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document has obtained approval from this signatory.

**ORDER (AS MODIFIED)**

IT IS HEREBY ORDERED that the further Case Management Conference currently set for June 21, 2023 at 1:30 p.m. is vacated and continued to August 16, 2023 at 1:30 p.m. in Oakland, by Videoconference only. The parties shall submit an updated joint case management conference statement by August 9, 2023. All counsel and parties may access the webinar information (public hearings) at https://cand.uscourts.gov/judges/ryu-donna-m-dmr/

Dated: June 14, 2023



DONNA M. RYU
Chief United States Magistrate Judge

STIPULATION AND ORDER (AS MODIFIED)
4:21-CV-02632-DMR                          3