ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102-3495
  Telephone: (415) 436-7200
  FAX: (415) 436-6748
  savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | No. 4:21-cv-02632-DMR <br><br> **STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE** |

Plaintiffs American Civil Liberties Union of Northern California, Mijente Support Committee, Just Futures Law, and Immigrant Defense Project ("Plaintiffs") and defendants U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, and U.S. Department of Homeland Security ("Defendants"), by and through their undersigned counsel, hereby enter into this Stipulation of Settlement and Dismissal with Prejudice ("Stipulation"), as follows:

WHEREAS, on or about July 6, 2020, Plaintiffs submitted a Freedom of Information Act ("FOIA") request to Defendants;

WHEREAS, on April 13, 2021, Plaintiffs filed the instant action against Defendants;

WHEREAS, Defendants have now responded to Plaintiffs' FOIA request; and

WHEREAS, the parties now wish to resolve this matter without the expense and burden of additional litigation;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1.      Defendants shall pay to Plaintiffs the amount of eleven thousand two hundred and forty-nine dollars and eighty-six cents ($11,249.86) in full and complete satisfaction of Plaintiffs' claims for attorneys' fees, costs, and litigation expenses under FOIA in the above-captioned matter.  This payment shall constitute full and final satisfaction of any and all of Plaintiffs' claims for attorneys' fees, costs, and litigation expenses in the above-captioned matter, and is inclusive of any interest.  Payment will be made by electronic funds transfer, and Plaintiffs' counsel will provide the necessary information to Defendants' counsel to effectuate the transfer.  Defendants will make reasonable efforts to make payment within thirty (30) days of the date that Plaintiffs' counsel provides the necessary information for the electronic funds transfer but cannot guarantee payment within that timeframe.

2.      Upon the execution of this Stipulation and receipt of payment, Plaintiffs hereby release and forever discharge Defendants, their successors, the United States of America, any department, agency, or establishment of the United States, including Defendants, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all claims and causes of action that Plaintiffs assert or could have asserted in this litigation concerning the FOIA request on which this action is based or any other operative facts alleged in this action, or which hereafter could be asserted by reason of, or with respect to, or in connection with, or which arise out of the FOIA request on which this action is based or any other operative facts alleged in this action, including but not limited to all past, present, or future claims for attorneys' fees, costs, or litigation expenses in connection with the above-captioned litigation.

3.      The provisions of California Civil Code Section 1542 are set forth below:

"A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party."

Plaintiffs, having been apprised of the statutory language of Civil Code Section 1542 by their attorneys, and fully understanding the same, nevertheless elect to waive the benefits of any and all rights they may have pursuant to the provisions of that statute and any similar provisions of federal law.  Plaintiffs understand that if the facts concerning any liability under FOIA or liability for attorneys' fees, costs, or

1  litigation expenses are found hereafter to be other than or different than the facts now believed by them

2  to be true, the Stipulation shall be and remain effective notwithstanding such material difference.

3       4.       Execution of this Stipulation shall constitute dismissal with prejudice of all claims in this

4  action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

5       5.       The parties acknowledge that this Stipulation is entered into solely for the purpose of

6  settling and compromising any and all remaining claims in this action without further litigation, and it

7  shall not be construed as evidence or as an admission on the part of Defendants, the United States, their

8  agents, servants, or employees regarding any issue of law or fact, or regarding the truth or validity of

9  any allegation or claim raised in this action, or as evidence or as an admission by Defendants regarding

10 Plaintiffs' eligibility for or entitlement to attorneys' fees, costs, or litigation expenses under FOIA.  This

11 Stipulation shall not be used in any manner to establish liability for fees, amounts, or hourly rates in any

12 other case or proceeding involving Defendants.

13      6.       This Stipulation is binding upon and inures to the benefit of the parties hereto and their

14 respective successors and assigns.

15      7.       If any provision of this Stipulation shall be held invalid, illegal, or unenforceable, the

16 validity, legality, and enforceability of the remaining provisions shall not in any way be affected or

17 impaired thereby.

18      8.       This Stipulation shall constitute the entire agreement between the parties, and it is

19 expressly understood and agreed that this Stipulation has been freely and voluntarily entered into by the

20 parties hereto.  The parties further acknowledge that no warranties or representations have been made on

21 any subject other than as set forth in this Stipulation.

22      9.       The persons signing this Stipulation warrant and represent that they possess full authority

23 to bind the persons on whose behalf they are signing to the terms of the Stipulation.

24      10.      This Stipulation may not be altered, modified or otherwise changed in any respect except

25 in writing, duly executed by all of the parties or their authorized representatives.

26

27 ///

28 ///

1    SO STIPULATED AND AGREED.

2

3                                    Respectfully submitted,

4    ISMAIL J. RAMSEY
     United States Attorney

5    Dated: July 19, 2023         By:   */s/ Savith Iyengar*
                                        SAVITH IYENGAR
6                                       Assistant United States Attorney
                                        Attorney for Defendant
7

8    Dated: July 19, 2023         By:   ***/s/ Sana Singh*
                                        SANA SINGH
9                                       American Civil Liberties Union Foundation of
                                            Northern California
10                                      39 Drumm Street
                                        San Francisco, CA 94111
11                                      Telephone: 415-621-2493
                                        ssingh@aclunc.org
12                                      Attorneys for Plaintiffs
                                        Mijente Support Committee,
13                                      Just Futures Law,
                                        Immigrant Defense Project, and
14                                      American Civil Liberties Union of Northern California

15                                      ** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document
16                                         has obtained approval from this signatory.

17

18

19

20

21

22

23

24

25

26

27

28